1  **GRIMM, VRANJES & GREER LLP**
   MARK VRANJES, ESQ. (SBN 106447)
2  A. CARL YAECKEL, ESQ. (SBN 89920)
   550 West C Street, Suite 1100
3  San Diego, CA  92101-3532
   Tel: (619) 231-8802
4  Fax: (619) 233-6039
   E-mail:  mvranjes@gvgllp.com
5  E-mail:  cyaeckel@gvgllp.com

6  Attorneys for Defendant
   NORTH AMERICAN CAPACITY INSURANCE
7  COMPANY

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11

12 | TODD GELFAND, TRUSTEE OF THE REATA TRUST, | Case No.: 3:12-cv-04819-EMC |
13 | | **JOINT STIPULATION FOR DISMISSAL** |
   | Plaintiff, | |
14 | | |
   | v. | |
15 | | |
   | NORTH AMERICAN CAPACITY INSURANCE COMPANY, and DOES 1-50, | Trial: April 7, 2014 |
16 | | Time: 8:30 a.m. |
   | | Courtroom: 5 (17th Floor) |
17 | Defendant. | Judge: Honorable Edward M. Chen |
18 | | |
   | | Final Pre-Trial Conference: |
19 | | March 25, 2014; 2:30 p.m. |

20       IT IS HEREBY STIPULATED by and between the Parties to this action

21 through their designated counsel that the above-captioned matter be, and hereby

22 is, dismissed, with prejudice, pursuant to F.R.C.P. Rule 41 (a)(1)(A)(ii).  Each

23 party to bear its own costs, including attorney's fees.

24 //

25 //

26 //

27 //

28 //

                                        1

| | | |
|---|---|---|
| 1 | Dated: January 20 2014 | GRIMM, VRANJES & GREER LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Mark Vranjes, Esq.<br>A. Carl Yaeckel, Esq. |
| 5 | | Attorneys for Defendant<br>North American Capacity Insurance |
| 6 | | Company |
| 7 | | E-mail: mvranjes@gvgllp.com<br>E-mail: cyaeckel@gvgllp.com |
| 8 | | |
| 9 | Dated: January 17, 2014 | MANATT, PHELPS & PHILLIPS, LLP |
| 10 | | |
| 11 | | By: /s/ |
| 12 | | Barry W. Lee, Esq.<br>Ann M. Heimberger, Esq. |
| 13 | | Amanda M. Knudsen, Esq.<br>Attorneys for Plaintiff Todd Gelfand, |
| 14 | | Trustee of the Reata Trust |
| 15 | | Email: bwlee@manatt.com<br>Email: aheimberger@manatt.com |
| 16 | | Email: aknudsen@manatt.com |

IT IS SO ORDERED.

Dated: 2/5/14

Hon. Edward M. Chen
United States District Court Judge

**GRANTED**
Judge Edward M. Chen

2

JOINT STIPULATION FOR DISMISSAL

3:12-cv-04819-EMC